UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| GLENDA T. BRYAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:12-cv-210 |
| v. ) | |
| ) | Judge Mattice |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Lee |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| *Defendant*. ) | |

# **ORDER**

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 21) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), recommending that Defendant's unopposed Motion for Summary Judgment (Doc. 17) be granted. Plaintiff has filed timely objections. (Doc. 22).

The Court has reviewed the record *de novo*, including those portions of Magistrate Judge Lee's Report and Recommendation to which Plaintiff has objected. *See* Fed. R. Civ. Proc. 72(b). Notably, however, the majority of Plaintiff's objections do not relate to the findings of fact and conclusions of law contained in Magistrate Judge Lee's Report and Recommendation. Rather, her "objections" consist of a diffuse chronology of her Social Security disability proceedings and a discussion of numerous issues that were not raised in Plaintiff's Complaint. To the extent that Plaintiff's objections do relate to Magistrate Judge Lee's specific findings of fact and conclusions of law, the objections raise no new arguments but are simply reiterations of issues that Plaintiff previously raised in her Complaint. Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and

well-supported Report and Recommendation, in which she fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections (Doc. 22) are **OVERRULED**. Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED**. The Commissioner's decision granting benefits as of May 1, 2010 is **AFFIRMED**, and the instant action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 10th day of July, 2013.

                                          */s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE

2

Case 1:12-cv-00210-HSM-SKL   Document 23   Filed 07/10/13   Page 2 of 2   PageID #: 99